# EXHIBIT A

# OPT-IN CONSENT FORM

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf, to contest the failure of Dartmouth-Hitchcock Health d/b/a Dartmouth Health; Mary Hitchcock Memorial Hospital; Dartmouth Hitchcock Medical Center, and Dartmouth Hitchcock Clinic, and/or its parents, subsidiaries, predecessors, successors, ownership, affiliated, and related entities, to pay me proper wages, including but not limited to overtime wages, under federal and/or state law. I appoint Scott & Winters Law Firm, LLC ("S&W"), Klafter Lesser LLP ("KL"), Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. ("Javerbaum") Murray Plumb & Murray ("MPM") and The Law Offices of Peter Wasylyk ("PW")to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit. I understand that by filing this Consent Form I will be bound by the judgment of the Court on all issues in this case.

Crystal Currier (Nov 9, 2026 16:37:50 EST)
**SIGNATURE**

Crystal Currier
**PRINT NAME**

11/09/2026
**DATE**